**Order entered March 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01253-CV

### G.T., L.T., INDIVIDUALLY AND A/N/F OF THE MINOR O.T., ET AL., Appellants

### V.

### DARIUS MCCLINTON-HUNTER, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

Before the Court is appellants' joint motion to restrict public access to the appellate record, the briefs, and any documents that contain, mention or allude to the contents of the minor appellants' forensic interviews and deposition transcripts. As their basis for their request to restrict access to the briefs and any documents referring to the contents of the interviews and depositions, appellants rely on the trial court's mutual protective order restricting public access to the depositions and interviews. As their basis for their request to restrict access to the record, they assert the record contains sensitive information regarding both minor appellants. Although directed to file a response, appellee has not responded.

We have reviewed the briefs and other documents filed in the appeal and have found no references to the contents of the depositions or forensic interviews. We have also reviewed the

appellate record and have found it consists of unsealed trial court documents and argument made in open court. Given this and appellee's failure to present argument in opposition to appellants' motion, we **DENY** the motion without prejudice to refiling a motion specifying (1) the particular brief or document referencing the contents of the depositions or forensic interviews and (2) that part of the record containing sensitive information concerning appellants and sealed by the trial court.


/s/    ELIZABETH LANG-MIERS
        JUSTICE